IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:10-CR-00018-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**GERALD EUGENE WOOTEN,**<br>**Defendant.** | **ORDER ALLOWING**<br>**TIME TO FILE PRETRIAL**<br>**MOTIONS** |

THIS CAUSE, being heard on ~~Oral~~ Motion made on 28 June 2010 by Marcia Kaye Stewart, counsel for Defendant James, and the law firm of Stewart and Schmidlin, PLLC, to continue time to file pretrial motions. The motion is **GRANTED** and the Scheduling Order in this matter entered on 1 April 2010 shall be revised as follows:

*All pretrial motions, including motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16, and 41, Fed. R. Crim. P. shall be filed no later than 30 July 2010.*

This case is set for arraignment on July 30, 2010 before David W. Daniel, United States Magistrate Judge in Greenville, North Carolina.∨The court finds that the ends of justice served by granting this motion outweigh the best interests of the public and the defendant in a speedy trial.

```
fn. The time extension sought necessarily requires continuance
of arraignment and trial.  As such, the court continues
arraignment to its September 2010 criminal term.
```

SO ORDERED, this the 19th day of July, 2010.

~~DAVID W. DANIEL~~ Louise W. Flanagan
United States ~~Magistrate~~ Judge
District