# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Gerald Eugene Wooten | *REVISED TO CORRECT USM NUMBER*<br><br>Case No:  4:10-CR-18-1FL<br>USM No:  53311-056 |
| Date of Original Judgment: January 21, 2011<br>Date of Previous Amended Judgment:<br>(Use Date of Last Amended Judgment if Any) | Chris Locascio<br>Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  57  months **is reduced to**  46 months*.

*On Count 1. Count 4 remains unchanged at 60 months, consecutive.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

(Complete Parts I and II of Page 2 when motion is granted)

Except as otherwise provided, all provisions of the judgment(s) dated January 21, 2011 shall remain in effect. **IT IS SO ORDERED.**

Order Date:  3/2/2015

Effective Date:  November 1, 2015
*(if different from order date)*

*Judge's signature*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*